# IN THE SUPREME COURT OF THE STATE OF NEVADA

THERESE K. ROHLING,
                              Appellant,

vs.

PAUL A. MARTIN,
                              Respondent.

No. 69881

**FILED**

JUN 23 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Vincent Ochoa, District Judge
       Ara Shirinian, Settlement Judge
       The Jimmerson Law Firm, P.C
       Barnes Law Group
       Eighth District Court Clerk

16-19666